Edwin F. Cornwell, Appellant, Respondent, v. Moses R. Cornwell, Respondent, Appellant.— Order appealed from modified so as to provide that paragraphs numbered 3, 4 and 5 of the reply be struck out in addition to the paragraphs struck out by the Special Term, and as so modified affirmed, without costs. These paragraphs are mere statements of conclusions as to the issues and findings and as to the effect of the judgment in the prior action, the judgment roll in which is made a part of the amended answer. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

George W. Criss, Respondent, v. Archibald W. J. Pohl and Pohl-Abbott Construction Company, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

Anna Dougherty and Elizabeth Cullen, as Administratrices, etc., of Bernard Dougherty, Deceased, Respondents, v. Herman C. Hencke, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Isabelle M. Eccleston, Appellant, v. John A. Eccleston, Jr., Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Young, Kapper, Hagarty, Scudder and Tompkins, JJ.

Einziger Bros., Inc., Respondent, v. Angela Marino, Also Known as Angela Merina, and Frank Marino, Jr., Appellants, and Others, Defendants.— Order granting motion for summary judgment reversed on the law, without costs, and motion denied, without costs. The affidavits disclose (somewhat obscurely) a question of fact as to the status of Kimmerer in his relation to the parties, which in turn may have a bearing upon the knowledge or benefit, actual or presumptive, of the corporation with respect to the alleged bonus, etc. (*New York Mortgage Co.* v. *Garfinkle*, 231 App. Div. 327, 329.) The matter should be disposed of on a trial. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

Elsie B. Forster, Appellant, v. Manufacturers Trust Company, Respondent.*— Judgment reversed on the law and a new trial granted, costs to abide the event, as to all issues other than that of release, which we hold to be invalid for lack of consideration. The dismissal of the complaint was predicated upon the view of the trial court that the release was valid. Since the release is invalid, a new trial of the other issues should be had. Kapper, Hagarty, Scudder and Tompkins, JJ., concur; Carswell, J., dissents and votes to affirm.

Susie Galante, Respondent, v. Michael Galante, Appellant.— In the interests of justice the judgment is reversed and a new trial granted in order to give the defendant an opportunity to amend his answer by pleading the defense provided for by section 1163 of the Civil Practice Act, and to present proof with reference thereto. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.